**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

IRON WORKERS DISTRICT COUNCIL OF WESTERN NEW YORK AND VICINITY WELFARE FUND, by Suzanne Ranelli, as Administrative Manager; IRON WORKERS DISTRICT COUNCIL OF WESTERN NEW YORK AND VICINITY PENSION FUND, by Suzanne Ranelli, as Administrative Manager; IRON WORKERS DISTRICT COUNCIL OF WESTERN NEW YORK AND VICINITY ANNUITY FUND, by Suzanne Ranelli, as Administrative Manager; UPSTATE IRONWORKER EMPLOYERS' ASSOCIATION, INC., by Herbert L. Stephenson, II, as President; UPSTATE NEW YORK DISTRICT COUNCIL OF IRON WORKERS EMPLOYERS COOPERATIVE TRUST, by Gerrett Geartz and Alan Swanson, as Trustees; IRON WORKERS DISTRICT COUNCIL OF WESTERN NEW YORK AND VICINITY SUPPLEMENTAL BENEFIT FUND, by Herbert L. Stephenson, II and Alan Swanson, as Trustees; IRON WORKERS LOCAL NO. 33 JOINT APPRENTICESHIP COMMITTEE APPRENTICE TRAINING FUND, by Gerrett Geartz and Alan Swanson, as Trustees; IRON WORKERS LOCAL UNION NO. 33, by Alan Swanson, as Business Manager;

Plaintiffs,

– against –

ORMSBY IRON, LLC and KELLY C. ORMSBY, Individually and as an Officer of ORMSBY IRON, LLC,

Defendants.

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT**

Civil Action No.

16-cv-00909
(NAM-DEP)

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiffs, through their counsel, Blitman & King LLP, Jennifer A. Clark, Esq., and Defendant Kelly C. Ormsby, no party being an infant or an incompetent person or serving in the military, as follows:

## RECITALS

A.      The undersigned individuals have full authority required to bind the parties in the above captioned proceeding, as well as the parties' successors, heirs, trustees, administrators, business managers, executors, personal representatives, officers, shareholders, endorsers, assigns, subsidiaries, related entities, affiliates, purchasers, transferees and alter egos, to the terms of this Stipulation and Order of Settlement and for Entry of Judgment [hereinafter "Stipulation"] and any judgment and/or order resulting from it.

B.      On July 25, 2016, Plaintiffs commenced this action to collect delinquent fringe benefit contributions and deductions owed by Defendants and on September 26, 2016, Defendants submitted an Answer to the Complaint. [Docket Nos. 1 and 11].

C.      On July 28, 2016, Defendant Ormsby Iron LLC filed a chapter 7 bankruptcy proceeding thereby staying the action against it; Defendant Ormsby Iron was liquidated through that proceeding.

D.      Plaintiffs and Defendant Kelly C. Ormsby agree that this Court has subject matter jurisdiction over this proceeding and personal jurisdiction over Defendant Kelly C. Ormsby.

E.      Based on payroll audits, dated October 16, 2015 and April 21, 2017, and after giving credit for payments received from general contractors or third parties, Defendant Ormsby Iron LLC owes $54,409.80 in fringe benefit contributions and deductions for the period February 2015 through December 31, 2016.

F.      Defendant Kelly C. Ormsby was a shareholder and officer of Ormsby Iron LLC who determined whether to pay Plaintiffs, when to pay Plaintiffs and how much to pay Plaintiffs. As such, Defendant Kelly Ormsby is liable for the $54,409.80. He is also liable for $11,992.00 in interest through

2

August 15, 2017, calculated at the rate of nine percent (9%) per annum, $7,000.00 in audit fees, and $22,895.22 in attorneys' fees and costs for the period October 23, 2014 through August 11, 2017.

G.    Plaintiffs and Defendant Kelly C. Ormsby agree to settle this action without trial or hearing as to the matters alleged in the Complaint and further agree to allow this Court to enter a Judgment/Order in favor of Plaintiffs under the terms set forth herein.

H.    Plaintiffs and Defendant Kelly C. Orsmby agree that the terms of this Stipulation, as set forth herein, constitute full and fair satisfaction of all claims raised in this action against Defendant Kelly C. Ormsby and should be entered as the Order and Judgment in this action by the Court.

## TERMS OF JUDGMENT AND ORDER

1.    Defendant Kelly Ormsby stipulates to entry of judgment in the amount of $75,353.41. The judgment shall bear post judgment interest at the rate set forth at 28 U.S.C. Section 1961(a).

2.    Defendant Kelly C. Ormsby authorizes the Court to enter judgment in favor of the Plaintiffs and against him in the amount of $75,353.41 plus post judgment interest.

3.    Defendant Kelly C. Ormsby will facilitate payment to Plaintiffs of those monies that are owed on public and private construction projects and will: (a) execute any and all documents necessary to authorize and direct general contractors, sureties and/or property owners to remit payment to Plaintiffs of the contributions and deductions that should have been paid by Defendant Ormsby Iron LLC to Plaintiffs; and (b) produce any and all documents needed to secure the general contractor's, sureties' and/or property owner's payment to Plaintiffs of the outstanding contributions and deductions in connection with the construction projects.

3

4. This Stipulation is binding upon Defendant Kelly C. Ormsby and his successors, heirs, beneficiaries, assigns, endorsers, administrators, executors, and representatives.

5. The Court will retain jurisdiction of this proceeding for purposes of interpretation and compliance with the terms of this Stipulation, if any, in accordance therewith.

6. This Stipulation may be executed in more than one counterparts with each counterpart constituting an original, but all counterparts constituting a single Stipulation.

Dated: September 29, 2017

Dated: September 5, 2017

BLITMAN & KING LLP

By: _____
Jennifer A. Clark, of Counsel
Bar Roll No. 101356
*Attorneys for Plaintiffs*
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-Mail: jaclark@bklawyers.com

Kelly C. Ormsby

By: _____
Kelly C. Ormsby
423 Emery Road
Fulton, New York 13069
Telephone: (315) 529-2214

IT IS SO ORDERED:

_____
Brenda K. Sannes
U.S. District Judge

Dated: 10/2/2017
Syracuse, NY

{H:\coll\Legal\OrmsbyIron-SettleStp-Ord.docx} jld

4